IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RICK L. KEETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-4097-CV-C-GAF-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO REVERSE ANE REMAND**

Now pending before the Court is Defendant's Motion to Reverse and Remand the above referenced case. For good cause shown, it is

ORDERED that the above referenced case is reversed and remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) to the Commissioner.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 29, 2009